IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**BRADY BENNETT**, *individually and on behalf of all others similarly situated,*

      Plaintiff,

  v.

**SYMMETRY FINANCIAL GROUP, LLC, and QUILITY SOFTWARE APPLICATIONS LLC**

      Defendants.

Case No.: 1:25-cv-00067

## DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION TO AMEND

Defendants Symmetry Financial Group, LLC, and Quility Software Applications LLC hereby give notice that they intend to oppose Plaintiff's belated attempt to add a "new" party (Level Up) to this Telephone Consumer Protection Act lawsuit, just two weeks before Plaintiff's deadline to move for class certification. *See* Oct. 15, 2025 Min. Order (denying Plaintiff's extension in part and ordering him to move for class certification by December 5).

As will be explained in Defendants' forthcoming opposition, Level Up is not new. Plaintiff has known that Level Up was the company that initiated calls to him since at least *June 2023*—the same month he sent Level Up a demand letter threatening to file a TCPA lawsuit. Plaintiff decided to leave Level Up off this case until now anyway.

Defendants file this notice out of an abundance of caution to ensure the Court rules with all the relevant information.

[*Signatures on the following page*]

Dated: November 14, 2025

Respectfully,

/s/ *Melanie Ng Silva*
**WATSTEIN TEREPKA LLP**
Matthew A. Keilson (admitted *pro hac vice*)
T: 305-498-3216
E: mkeilson@wtlaw.com
Melanie Ng Silva
N.C. State Bar No. 59016
T: 404-600-1240
E: mngsilva@wtlaw.com
218 Northwest 24th Street, 3rd Floor
Miami, FL 33127

**CRANFILL SUMNER LLP**
Elizabeth King
N.C. State Bar No. 30376
T: 910-777-6010
E: eking@cshlaw.com
101 North 3rd Street, Suite 400
Wilmington, NC 38401

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2025, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ *Melanie Ng Silva*
Melanie Ng Silva

2
Case 1:25-cv-00067-MR-WCM    Document 31    Filed 11/14/25    Page 2 of 2